IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAC-WEST TELECOM, INC., | CASE NO. CV F 10-1051 LJO DLB |
| Plaintiff, | **ORDER TO DISMISS DEFENDANT** (Doc. 18.) |
| vs. | |
| VERIZON BUSINESS GLOBAL, LLC, et al., | |
| Defendants. / | |

Based on the parties' stipulation under F.R.Civ.P. 41(a)(1)(A)(ii), this Court DISMISSES this action as to defendant Verizon Business Global LLC only.

**This Court DIRECTS the clerk NOT to close this action.**

IT IS SO ORDERED.

**Dated: July 28, 2010**                     /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE