UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAC-WEST TELECOMM, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>MCI COMMUNICATIONS SERVICES, INC.<br>d/b/a VERIZON BUSINESS SERVICES,<br><br>    Defendant. | 1:10-cv-01051 OWW GSA<br><br>ORDER EXTENDING STAY AND SETTING DEADLINE FOR FURTHER STATUS REPORT |

On March 23, 2011, this case was stayed for six months pending completion of proceedings before the FCC.  Doc. 48.  That deadline is set to expire on September 22, 2001.  In a July 21, 2011 joint status report, the parties informed the Court that the FCC proceedings are still underway.  Doc. 70.  The parties filed their respective petitions for declaratory ruling with the FCC on June 28, 2011.  The FCC requested public comment on the petitions.  *Id*.  The comment process closed August 23, 2011.  *Id*.  The FCC has yet to issue its decision.

In accordance with the Parties' joint request, the stay in

1

this matter is continued for six months from electronic filing of this order.  The parties are directed to file another joint status report within 30 days following the issuance of orders by the FCC addressing the petitions for declaratory relief, or 90 days after the electronic filing of this order, if the FCC has not issued orders by that date.

IT IS SO ORDERED.

Dated:   September 16, 2011            /s/ Oliver W. Wanger
**UNITED STATES DISTRICT JUDGE**