UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAC-WEST TELECOMM, INC., | Case No. 1:10-cv-1051-AWI-BAM |
|     Plaintiff/Counterclaim Defendant, | |
| v. | [PROPOSED] ORDER |
| MCI COMMUNICATIONS SERVICES, INC. d/b/a VERIZON BUSINESS SERVICES | |
|     Defendant/Counterclaimant. | |

Upon consideration of the foregoing Stipulation, and good cause appearing, it is hereby **ORDERED** that this case will be stayed until the Federal Communications Commission ("FCC") issues orders addressing the petitions for declaratory ruling filed with the agency as a result of this Court's April 8, 2011 ruling under the primary jurisdiction doctrine, or until September 17, 2012, whichever is earlier.

It is further **ORDERED** that the parties are to submit their next Joint Status Report within 30 days after the FCC issues the orders referenced above, or by September 10, 2012, if the FCC has not acted by that date.

IT IS SO ORDERED.

Dated:   March 15, 2012                    _____
                                                                         CHIEF UNITED STATES DISTRICT JUDGE