UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAC-WEST TELECOMM, INC., <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> MCI COMMUNICATIONS SERVICES, INC. d/b/a VERIZON BUSINESS SERVICES <br><br> Defendant/Counterclaimant. | Case No.  1:10-cv-01051-AWI-BAM |

### ORDER OF DISMISSAL WITH PREJUDICE

The Stipulation and Dismissal with Prejudice filed by Plaintiff/Counterclaim Defendant Pac-West Telecomm, Inc. and Defendant/Counterclaimant MCI Communications Services, Inc. d/b/a Verizon Business Services came before this Court for consideration.  Having considered the stipulation and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this civil action and each claim asserted herein are DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees, costs, and other expenses.  IT IS FURTHER ORDERED that all pending motions, including discovery disputes, are terminated, and the clerk is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:   July 9, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE